## (September 9, 1981)

■ In the Matter of CARL MCBRIDE, Respondent, v THOMAS A. COUGHLIN, as Commissioner of the New York State Department of Correctional Services, Appellant. — Judgment of the Supreme Court, Nassau County (Spatt, J.), entered April 29, 1981, affirmed, without costs or disbursements (see *Matter of Colon v Vincent,* 49 AD2d 939, affd 41 NY2d 1084). Mollen, P.J., Hopkins, Cohalan and Weinstein, JJ., concur.

## (September 10, 1981)

■ In the Matter of GARY COOPER et al., Appellants, v ROCKLAND COUNTY BOARD OF ELECTIONS et al., Respondents. — In a proceeding to validate the "nominating certificate" of petitioners as the Democratic Party candidates in the general election to be held on November 3, 1981 for the public offices of Mayor and Trustee of the Village of Nyack, the appeal is from a judgment of the Supreme Court, Rockland County (Cerrato, J.), dated August 28, 1981, which, *inter alia,* denied the application. Judgment affirmed, without costs or disbursements. No opinion. Titone, J.P., Lazer, Mangano and Bracken, JJ., concur.